104 So.2d 335

**UNITED STATES STEEL CORPORATION**

**v.**

**Clinton E. LEWIS and Department of Industrial Relations.**

**6 Div. 579.**

Court of Appeals of Alabama.

March 25, 1958.

Rehearing Denied May 13, 1958.

Burr, McKamy, Moore & Thomas, Birmingham, for appellant.

Cooper, Mitch & Black, Birmingham, for appellee.

1. Ante, p. 431.

CATES, Judge.

Lewis worked for appellant at its Bessemer Rolling Mill. Otherwise United States Steel Corp. v. Case, Ala.App., 104 So.2d 332[1] and United States Steel Corp. v. Goodwin, Ala.App., 104 So.2d 333[2] appear identical. Reference is made thereto and to the references therein.

Affirmed on authority of Usher v. Department of Industrial Relations, 261 Ala. 509, 75 So.2d 165.

Affirmed.